UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA   DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO.   8:23-cr-188-MSS-AEP

CARLOS EDUARDO RESTREPO-OSORIO

### GOVERNMENT'S WITNESS LIST

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, respectfully submits the following list of witnesses to be called in the government's case at the sentencing hearing on Monday, October 7, 2024:

1.   Jorge Aguilar-Garcia

2.   Willian Castro-Olaya

3.   Juan Lopez-Campanella

4.   Gustavo Baron Penaloza

5.   Alvaro Penalosa Jerez

6.   Orman Espinosa-Uribe

7.   Fernando Pineda-Jimenez

8.   Daniel McDonough

9.   Julio Mena

The United States reserves the right to call additional witnesses during the sentencing hearing of this case, if appropriate.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: _____

Ashley Haynes
Special Assistant United States Attorney
U.S. Attorney No. 216
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6000
Facsimile: (813) 274-6125
Email: Ashley.Haynes@usdoj.gov

**U.S. v. Restrepo-Osorio**                    **Case No. 8:23-cr-188-MSS-AEP**

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2024, I electronically filed the foregoing
with the Clerk of the Court by using the CM/ECF system which will send a notice of
electronic filing to Counsel of Record.


By: _____
    Ashley Haynes
    Special Assistant United States Attorney
    U.S. Attorney No. 216
    400 N. Tampa Street, Suite 3200
    Tampa, Florida 33602
    Telephone:   (813) 274-6000
    Facsimile:   (813) 274-6125
    Email:   Ashley.Haynes@usdoj.gov