**Honorable William F. Jung**
United States District Court
Middle District of Florida
Tampa Division
801 North Florida Avenue
Tampa, Florida 33602

**Dear Judge Jung:**

I write to you with the heart of a mother, with respect and humility. My name is Luz del Carmen Jiménez Biojó and I am 63 years old. I am the mother of Fernando, who now stands before Your Honor.

As a mother, it is deeply painful for me to write this letter, but I feel the need to speak to you about the son I know beyond his mistake. I understand that Fernando has pled guilty, and I do not come to justify what he has done. Rather, I wish to share with you who he is at his core, what he has meant to our family, and why I believe he still has much good to offer.

Fernando is my eldest son, and since childhood, he has been noble, sensitive, and protective. He always looked after his younger siblings, helping me through very difficult moments in our family's life. From a young age, especially after my husband became ill, he took on significant responsibilities working, helping at home, and showing a maturity that filled me with pride.

He has always been a present, loving, and respectful son. He has cared for me, for my health, and for the health of his father, who was very sick. I have no memories of him being indifferent or selfish. On the contrary, he has always sought ways to help, to be there, and to make those around him feel supported.

It pains me deeply to see what is happening, and I know it also pains him. We have spoken, and as his mother, I can tell you that his remorse is genuine. He is not the same young man he once was he is more thoughtful, more aware, and more humble. He knows he made a mistake and is not trying to escape responsibility. He simply wishes for an opportunity to prove that he can make amends and become a better person.

A prolonged sentence would be extremely difficult not only for him but for our entire family. As a mother, there is no greater pain than seeing a child suffer. My heart is with him, and also with Your Honor, because I understand you must make a difficult decision. I only ask that, if it is within your discretion, you take into account the words of this mother who still believes in her son and in his ability to change.

I sincerely thank you for the time you have taken to read this letter. Trusting in your wisdom, I remain with respect and hope.

Respectfully,

Luz del Carmen Jiménez

Honorable William F. Jung
United States District Court
Middle District of Tampa
801 North Florida
Tampa, Florida 33602

**Estimada Juez Jung:**

Me dirijo a usted con el corazón de una madre, con respeto y humildad. Mi nombre es luz del Carmen Jiménez Biojó, tengo 63 años. Soy madre de Fernando, quien se encuentra hoy ante Su Señoría.

Como madre, me resulta profundamente doloroso escribir esta carta, pero siento la necesidad de hacerlo para hablarle del hijo que conozco, más allá de su error, Sé que Fernando se ha declarado culpable, y no vengo a justificar lo que hizo, sino a compartir con usted quién es él en esencia, lo que ha sido para nuestra familia y por qué creo que todavía tiene mucho bien por dar.

Fernando es mi hijo mayor, y desde pequeño ha sido un niño noble, sensible y protector. Siempre cuidó de sus hermanos menores, ayudándome incluso en momentos muy difíciles de nuestra vida familiar. Desde joven asumió responsabilidades grandes a partir de la enfermedad de mí esposo, trabajando, apoyando en casa, y demostrando una madurez que me llenaba de orgullo.

Ha sido un hijo presente, amoroso y respetuoso. Siempre se preocupó por mí, por mi salud, por mi bienestar por la salud del papá que estuvo muy enfermo. No tengo recuerdos de él siendo indiferente o egoísta; al contrario, siempre ha buscado cómo ayudar, cómo acompañar, cómo hacer sentir bien a los que tiene cerca.

Me duele profundamente lo que está pasando, también sé que le duele a él. Hemos hablado, y como madre puedo decirle que su arrepentimiento es genuino. No es el mismo joven de antes está más reflexivo, más consciente, más humilde. Él sabe que falló, y no intenta huir de su responsabilidad. Solo desea una oportunidad para demostrar que puede enmendar su camino y ser mejor.

Una sentencia prolongada sería extremadamente difícil no solo para él, sino para nuestra familia entera. Yo soy madre, y para mí no hay dolor más grande que ver a un hijo sufrir. Mi corazón está con él, y también está con Su Señoría, porque entiendo que debe tomar una decisión difícil. Solo le pido que, si está en su posibilidad, tenga en cuenta las palabras de esta madre que aún cree en su hijo y en su capacidad de cambiar.

Le agradezco sinceramente el tiempo que ha dedicado a leer esta carta. Confiando en su sabiduría, me despido con respeto y esperanza.

**Atentamente,**
Luz del Carmen Jiménez

**Honorable Judge Jung,**

I address you with the utmost respect to ask that you forgive my husband for any harm he may have caused your country. Because of life's circumstances, he made very poor decisions that affected all of us, Your Honor. I want you to know that Fernando, my husband, is a good person; despite everything, he is a good son, brother, husband, and most importantly, the best father our children could ever have.

I have been by his side for almost 24 years and, although we have faced many difficulties, we have always managed to overcome them. We have three children: Carmen, Danna, and Thiago, who are our greatest blessing. As a mother and wife of Fernando, I beg you, please allow his children to enjoy their father. They need him very much—we all need him every day.

I work hard, but what I earn is not enough to cover the heavy burden I carry on my shoulders. In addition, I no longer have my parents, since they have passed away, and I have no one to help me with my children.

Fernando is someone who did not have many opportunities in life. From a young age, he had to take responsibility for his family: caring for his sick father, supporting his mother, and helping his siblings. Your Honor, life in Colombia is not easy; it is very harsh, there is much poverty, and that reality leads many children and young people down the wrong path. My husband comes from a village called Cocal Jiménez, which can only be reached by sea. I wish there were more support for those vulnerable communities in need of education and healthcare, because that would reduce so much violence.

Please, Your Honor, allow my children to once again enjoy their father. I ask you from the bottom of my heart, as a mother and a wife, to grant us that opportunity. Thank you very much for listening to me and for your time.

**Estimada Juez Jung**

Me dirijo a usted con todo el respeto del mundo para pedirle que pueda perdonar a mi esposo por algún daño que haya causado a su país. Por las circunstancias de la vida, tomó muy malas decisiones que nos afectaron a todos, su señoría. Quiero que sepa que Fernando, mi esposo, es una buena persona; a pesar de todo, es un buen hijo, hermano, esposo y, lo más importante, el mejor padre que mis hijos pudieron tener.

Llevo casi 24 años a su lado y, aunque hemos enfrentado muchas dificultades, siempre hemos salido adelante. Tenemos tres hijos: Carmen, Danna y Thiago, quienes son nuestra mayor bendición. Como madre y esposa de Fernando, le suplico que, por favor, permita que sus hijos puedan disfrutar de su papá. Ellos lo necesitan mucho, lo necesitamos todos los días.

Me esfuerzo trabajando, pero lo que gano no alcanza para solventar toda la carga que llevo sobre mis hombros. Además, no cuento con mis padres, pues ya fallecieron, y no tengo quién me ayude con mis hijos.

Fernando es una persona que no tuvo muchas oportunidades en la vida. Desde joven le tocó hacerse responsable de su familia: cuidar de su padre enfermo, sostener a su madre y ayudar a sus hermanos. Su señoría, la vida en Colombia no es fácil; es muy dura, hay mucha pobreza, y esa realidad hace que muchos niños, niñas y jóvenes tomen caminos equivocados. Mi esposo proviene de un pueblo llamado Cocal Jiménez, al que solo se llega por mar. Ojalá existieran más ayudas para esas comunidades tan vulnerables y necesitadas de educación y salud, porque así disminuiría tanta violencia.

Por favor, su señoría, permítales a mis hijos volver a disfrutar de su papá. Se lo pido de corazón, como madre y esposa, que nos conceda esa oportunidad. Muchas gracias por escucharme y por su tiempo.