UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:23-cr-188-MSS-AEP

CARLOS EDUARDO RESTREPO-OSORIO

### MOTION BY THE UNITED STATES FOR DOWNWARD DEPARTURE OF DEFENDANT'S SENTENCE BASED UPON SUBSTANTIAL ASSISTANCE

Pursuant to the provisions of Section 5K1.1 of the United States Sentencing Guidelines, Title 18, United States Code, Section 3553(e), and Rule 35 of the Federal Rules of Criminal Procedure, the United States moves this Court to grant an additional four-level reduction in the defendant's offense level, and in support thereof states as follows:

### MEMORANDUM OF LAW

The Court, on motion of the government, may reduce a defendant's sentence to reflect a defendant's substantial assistance. USSG §5K1.1. Here, defendant provided timely information to the United States and additional assistance which will be explained further during the sentencing hearing.

The United States believes that, because of his efforts on behalf of the United States, Carlos Restrepo-Osorio should receive an additional four-level reduction in his offense level for his assistance.

## CONCLUSION

For the foregoing reasons, this Court should grant the government's motion for downward departure of defendant's sentence.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

_____
Ashley Haynes
Special Assistant United States Attorney
U.S. Attorney No. 216
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6000
Facsimile: (813) 274-6125
Email: Ashley.Haynes@usdoj.gov

U.S. v. Restrepo-Osorio                Case No. 8:23-cr-188-MSS-AEP

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Counsel of Record.

_/s/ Ashley Haynes_
Ashley Haynes
Special Assistant United States Attorney
U.S. Attorney No. 216
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6000
Facsimile: (813) 274-6125
Email: Ashley.Haynes@usdoj.gov